UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE PETITION § <br> OF DAVID AND COLLEEN, INC., AS § <br> OWNER OF THE TOWING VESSEL § <br> DAVID AND COLLEEN, AND TAIRA § <br> LYNN, INC., AS OWNER *PRO HAC* § <br> *VICE* FOR EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | CIVIL ACTION NO. H-04-1176 |

## MEMORANDUM AND ORDER

Pending before the Court is Claimant Seariver Maritime, Inc.'s motion for a continuance to allow for completion of the Court-ordered arbitration now under way in this case. After considering the motion, Docket No. 52, the Court finds that it should be and hereby is **GRANTED**. All discovery deadlines and court settings are hereby **VACATED**. The parties are **ORDERED** to submit a joint status report not later than March 1, 2006.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.